No. 725. PAN AMERICAN WORLD AIRWAYS, INC., v. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL UNION 1780, ET AL.; and

No. 827. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL UNION 1780, ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jesse Freidin, Murray Gartner* and *Herbert Prashker* for petitioner in No. 725. *Louis Sherman, Joseph A. Sickles* and *Laurence J. Cohen* for Building & Construction Trades Council et al.; and *Roland C. Davis* for Culinary Workers Union, Local 226, respondents in No. 725. *Asher W. Schwartz* and *John F. O'Donnell* for Transport Workers Union of America, AFL–CIO, as *amicus curiae*, in support of the petition in No. 725. *Solicitor General Cox* for the United States, as *amicus curiae*, in opposition in No. 725. *Louis Sherman, Joseph A. Sickles* and *Laurence J. Cohen* for petitioners in No. 827. *Jesse Freidin* and *Herbert Prashker* for respondent in No. 827.

No. 822. GOTTHILF v. SILLS ET AL. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *O. John Rogge* for petitioner. *Theodore Charnas* for respondents.

No. 754. UNITED STATES v. SEALS. Motion of the respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Solicitor General Cox* and *Assistant Attorney General Miller* for the United States. *William E. Stewart, Jr.* and *Peter R. Cella, Jr.* for respondent.